| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>KEVIN KHACHATRYAN (Bar No. 314410)<br>Kevin.Khachatryan@huschblackwell.com<br>HUSCH BLACKWELL LLP<br>300 S. Grand Avenue, Suite 1500<br>Los Angeles, California 90071<br>Telephone: (213) 337.6550<br>Facsimile: (213) 337.6551 | |
| ATTORNEY(S) FOR: Defendants AHI, Accredo, and Express Scripts | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of Craig Vanausdal, Craig Vanausdal, and Dan Lanciano OBO Roseanna Lanciano<br><br>Plaintiff(s),<br>v.<br>Accredo Health Incorporated, Accredo Health Group, Inc. Express Scripts, Inc. and Does 1-25<br><br>Defendant(s) | CASE NUMBER:<br><br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Express Scripts, Inc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Evernorth Health, Inc. | Express Scripts, Inc. is a wholly owned subsidiary of Evernorth Health, Inc. |
| The Cigna Group | Evernorth Health, Inc., is wholly owned by The Cigna Group. |

| | |
|---|---|
| June 20, 2024 | /s/ Kevin Khachatryan |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Defendant Express Scripts, Inc.